UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

10 Cr. 586 (KMK)

KARRIEM BARROW,

Defendant

CONSENT MOTION TO AMEND JUDGMENT

Defendant Karriem Barrow, by his undersigned counsel, moves that this Court amend the Order entered December 8, 2020, document no. 254, as follows:

> In light of the oral ruling for the reasons set forth on the record during the October 20, 2020, hearing, which found Defendant's trial counsel ineffective, the Court grants Defendant's 28 U.S.C. § 2255 Motion and corrects his sentence from 20 years on Counts 1 and 2, and life for Counts 3-18, to 20 years for Count 1, and 5 years for Count 11, to run consecutively. Defendant's special assessment shall be reduced from One Thousand Eight Hundred ($2,800.00) Dollars to Two Hundred ($200.00) Dollars. All additional aspects of Defendant's sentence such as supervised release and restitution remain the same. All other Counts are to be dismissed.

Assistant United States Attorney Christopher J. Clore consents to this Motion behalf of the Government,

Dated: April 1, 2021

Granted.

So Ordered.

*[signature]*

4/5/21

Respectfully submitted,

/s/ Ruth M. Liebesman
Ruth M. Liebesman (RL 5383)
30 Wall Street, 8th Floor
New York, New York 10005
212-804-5740
- - - - - - - - - - -
4-14 Saddle River Road, Suite 204
Fair Lawn, New Jersey 07410
201-617-7000
201-617-7710 (facsimile)
RuthLiebesman@aol.com