UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

United States of America,

10 CR 00586 (KMK)

-against-

Karriem Barrow,                                    CALENDAR NOTICE

Defendant.

-------------------------------------------------------X

Judge Kenneth M. Karas has directed that counsel for all parties herein shall appear on

Tuesday, October 7, 2025 at 2:00 p.m. for further proceedings consistent with the summary order

entered on July 1, 2025 in Courtroom 521, U. S. District Court, 300 Quarropas Street, White

Plains, New York 10601.

Dated: September 12, 2025
       White Plains, New York

So Ordered

_____
Kenneth M. Karas, U.S.D.J