UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

United States of America,

    -against-

Karriem Barrow,

    Defendant.

-------------------------------------------------------x

ORDER

Docket No. 10 CR 00586 (KMK)

KARAS, U.S. DISTRICT JUDGE:

Theodore Samuel Green, Esq., is to assume representation of the defendant in the above captioned matter as of October 20, 2025. Mr. Green is appointed pursuant to the Criminal Justice Act. His address is Green & Willstatter, 200 Mamaroneck Avenue, Suite 605 White Plains, NY 10601, telephone number (914) 948-5656; Email: theosgreen@msn.com.

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
      October 29, 2025