Case 7:10-cr-00586-KMK Document 289 Filed 11/16/26 Page 1 of 1

Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: THEOSGREEN@MSN.COM

November 16, 2026

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Barrow*, 10-cr-586 (KMK)

Dear Judge Karas:

Pending before the Court are submissions of undersigned counsel and the government on their respective positions with respect to an appellate remand as directed in *United States v. Barrow*, 2025 U.S. App. LEXIS 16139 *; 2025 WL 1806466 (2d Cir. July 1, 2025).

After conferring with my client Karriem Barrow, I write to request that, prior to disposing of this matter, the Court permit Barrow time to file a *pro se* submission on the remand issues, apart from any further *pro se* relief he may seek (as recognized in the Second Circuit's decision) pursuant to 28 U.S.C. § 2255. Because Barrow's appeal remains in abeyance pending the outcome of the remand proceedings, and because the Court of Appeals permitted Barrow to submit a *pro se* supplemental brief before that Court, we respectfully submit that he should have an opportunity to make a *pro se* submission in this remand proceeding.

Very truly yours,

/s/ *Theodore S. Green*
Theodore S. Green

cc: All counsel (by ECF)

Denied. Mr. Barrrow is represented by counsel and he has no right to hybrid representation. See United States v. Hage, 74 F.4th 90, 93 (2d Cir. 2023) ("The Sixth Amendment gives criminal defendants the right to representation by counsel or, should they so choose, to represent themselves. Faretta v. California, 422 U.S. 806, 834–35 (1975). A defendant has, however, no right to 'hybrid' representation in which he is represented by counsel but supplements his lawyer's work with selected pro se submissions.").

So Ordered.

11/16/26